Andrew J. Knez (SBN: 296894)
KNEZ LAW GROUP, LLP
3890 Tenth Street
Riverside, CA 92501
Telephone: 951-742-7681
Email:  andrewknez@knezlaw.com

Attorneys for Plaintiff
JANE DOE

Aengus H. Carr (SBN: 240953)
TESLA INC.
3000 Hanover St
Palo Alto, CA 94304
Telephone 650-681-5000
Email: aecarr@tesla.com

Attorney for Defendant
TESLA INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JANE DOE, *on behalf of himself and all others similarly situated*,

    Plaintiff,

    v.

TESLA INC., et al.

    Defendants.

Case No. 5:24-cv-02226-JAK-SP

**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**

Complaint Served: Nov. 1, 2024
Current response date: Dec. 2, 2024
New response date: Jan. 1, 2025

IT IS HEREBY STIPULATED by and between Plaintiff Jane Doe ("Plaintiff") and Defendant Tesla Inc. (hereafter "Tesla") (collectively, the "Parties"), by and through their respective counsel of record, that:

WHEREAS, on October 18, 2024, Plaintiff filed her Complaint in this Court;

WHEREAS, on November 1, 2024, Plaintiff served Tesla with the Complaint through Tesla's registered agent;

WHEREAS, the Parties have engaged in good-faith discussions about this litigation, its scope and pre-discovery exchange of information;

WHEREAS, Tesla's deadline to respond to Plaintiff's Complaint is currently December 2, 2024;

WHEREAS, on December 2, 2024, Plaintiff agreed to extend this deadline until January 1, 2025;

WHEREAS, an extension will not alter any event or deadline already fixed by Court order, as a Rule 26 Scheduling Conference has not been set;

THEREFORE, pursuant to Local Rule 8-3, the Parties, by and through their respective counsel, hereby stipulate to extend the time for Tesla to answer, object, or otherwise respond to Plaintiffs' Complaint as follows:

The deadline for Tesla to answer, object, or otherwise respond to Plaintiff's Complaint shall be extended from Dec. 2, 2024 to Jan 1, 2025.

**IT IS SO STIPULATED.**

DATED:  Dec. 3, 2024

Respectfully submitted,

KNEZ LAW GROUP, LLP

TESLA, INC.

/s/          *Andrew J. Knez*
       Andrew J. Knez

/s/          *Aengus H. Carr*
       Aengus H. Carr

       Attorneys for Plaintiff
       JANE DOE

       Attorney for Defendant
       TESLA INC.

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

     I, Aengus H. Carr, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in this filing.

             By: */s/ Aengus H. Carr*
                 Aengus H. Carr

**L.R. 8-3 STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**